UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

IVON GUADALUPE CACERES ZOMOSA,

             Petitioner,

      v.

FERETI SEMAIA, et al.,

             Respondents.

No. 5:26-cv-03441-JDE

JUDGMENT

In accordance with the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is: (1) granted in part, with Respondents ORDERED to **immediately release Petitioner Ivon Guadalupe Caceres Zomosa (A# 098-960-154)** from custody, subject only to narrowly tailored conditions of release no more restrictive than necessary to reasonably ensure her appearance as required and to protect the community, if any; and (2) denied without prejudice in all other respects as moot, lacking in support, and/or seeking speculative relief.

Dated: July 1, 2026

_____
JOHN D. EARLY
United States Magistrate Judge